UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANITA TAA, et al.,

        Plaintiffs,

   v.

JP MORGAN CHASE BANK N.A., et al.,

        Defendants.

Case No.   15-cv-01305-BLF

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On March 23, 2015, this Court denied the Application for Temporary Restraining Order filed by *pro se* plaintiffs Anita and Donato Taa.  Order, ECF 5.  In so doing, the Court noted that Plaintiffs had not filed a complaint setting forth their claims for relief against the named defendants.  *Id.* at 1, 3-4.  The Court afforded Plaintiffs an opportunity to remedy this error, instructing Plaintiffs to "file by April 13, 2015 a complaint setting forth their claim(s) for relief against the defendants and the basis for this Court's jurisdiction."  *Id.* at 5.  Plaintiffs were furthermore warned that "[f]ailure to file such a pleading by that date shall result in summary dismissal of this action."  *Id.*

The previously set deadline has passed and, to date, Plaintiffs have not filed a complaint in this action.  This case is accordingly DISMISSED without prejudice.  The Clerk of the Court shall close the case file.

     **IT IS SO ORDERED.**

Dated: April 17, 2015

                                                      BETH LABSON FREEMAN
                                                     United States District Judge

United States District Court
Northern District of California